# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NBAM | 9408115 | Koyle | 2142 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | CFR | USC | State Code |
|---|---|---|---|---|
| 03/26/2022 1145 | 50 CFR 26.22(a) | | | |

Place of Offense: Ninepipe NWR, Lake County, MT

Offense Description: Factual Basis for Charge

Did enter a NWR without complying with special regulation, to wit; enter closed nesting area

### DEFENDANT INFORMATION

Last Name: BATT
First Name: Kenneth
MI: L

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 75 Forfeiture Amount
+ $30 Processing Fee
$ 105 Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov

### YOUR COURT DATE

Defendant Signature: N. Sam Could

*9408115*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on March 26, 20 22 while exercising my duties as a law enforcement officer in the Judicial District of Montana

See Attached PC Statement

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/29/2022  Officer's Signature: Michael K. Koyle

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 04/07/2022 11:11